# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 2:25-mj-07086-DUTY |
| Weiquan Weng | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of _the parties_____, IT IS ORDERED that a detention hearing is set for _November 21_____, _2025_____, at _2:00_____ ☐ a.m. / ☒ p.m. before the Honorable _Stephanie S. Christensen, U.S. Magistrate Judge_____, in Courtroom _790_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _November 17, 2025_____

_____
U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)                                                                                             Page 1 of 1